# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael Rentschler, Cathy Ehrisman, Heather Byam, and Kathleen Appel, individually, and on behalf of all others similarly situated, | Case No. 1:23-cv-01005-JRR |
| Plaintiffs, | Hon. Julie R. Rubin |
| v. | |
| Atlantic General Hospital Corporation | |
| Defendant. | |

**Unopposed Motion for Preliminary Approval of Class Action Settlement**

Plaintiffs Michael Rentschler, Cathey Ehrisman, Heather Byam, and Kathleen G. Appel (collectively, "Representative Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition to

1. Preliminarily approve the class action settlement and direct notice to the Settlement Class pursuant to Rule 23(e);

2. Provisionally certify the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only;

3. Appoint Michael Rentschler, Cathey Ehrisman, Heather Byam, and Kathleen G. Appel as Class Representatives;

4. Appoint Milberg Coleman Bryson Phillips Grossman, PLLC, Cafferty Clobes Meriwether & Sprengel, LLP, and Kramon & Graham, P.A. as Class Counsel;

5. Approve the proposed Notice Plan, Short Form Notice, Long Form Notice, and Claim Form;

6. Appoint Kroll Settlement Administration, LLC to provide notice and claims administration; and

7. Adopt the proposed schedule for notice and final approval of the Settlement.

Plaintiffs rely upon and incorporate the attached Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement; Declaration of Gary M. Klinger; Settlement Agreement and exhibits; and the records, pleadings, and papers filed in this action as well as such other documentary and oral evidence or argument as may be presented to the Court on the Motion.

Dated: April 2, 2024					Respectfully submitted,

*/s/ James P. Ulwick*
James P. Ulwick
Jean E. Lewis
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (tel.)
(410) 539-1269 (fac.)
julwick@kg-law.com
jlewis@kg-law.com

Daniel O. Herrera
Nickolas Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle St.
Suite 3200
Chicago, IL 60603
Phone: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Thomas Pacheco
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W Morgan Street
Raleigh, NC 27603
T: (212) 946-9305
tpacheco@milberg.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ James P. Ulwick*
James P. Ulwick

4870-2638-2003, v. 1