THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael Rentschler, Cathy Ehrisman, Heather Byam, and Kathleen Appel, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Atlantic General Hospital Corporation<br><br>Defendant. | Case No. 1:23-cv-01005-JRR<br><br>Hon. Julie R. Rubin |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs Michael Rentschler, Cathy, Ehrisman, Heather Byam, and Kathleen Appel, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement[1] that this Court preliminarily approved on April 25, 2024.

Class Representatives respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Michael Rentschler, Cathy, Ehrisman, Heather Byam, and Kathleen Appel as Class Representatives;

3. Finally appoint Milberg Coleman Bryson Phillips Grossman, PLLC; Cafferty Clobes Meriwether & Sprengel, LLP, and Kramon & Graham, P.A as Settlement Class Counsel;

---

[1] Unless otherwise indicated, capitalized terms used in this Motion have the same meanings as in the Class Action Settlement Agreement and Release (the "Settlement Agreement").

4. Approve the requested combined attorneys' fees and costs in the amount of $750,000 to Settlement Class Counsel;

5. Finally approve the requested Service Awards of $1,500 to each Class Representative;

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

8. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Judgment Approving Class Action Settlement ("[Proposed] Final Judgment") and terms of the Settlement Agreement; and

9. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Judgment; and

10. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

WHEREFORE, premises considered, Plaintiffs requests that this Court grant this motion and grant Plaintiffs' Motion for Attorneys' Fees.

DATED: August 6, 2024                    Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger *(admitted pro hac vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com

Thomas Pacheco
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W Morgan Street
Raleigh, NC 27603
T: (212) 946-9305
tpacheco@milberg.com

James P. Ulwick
Jean E. Lewis
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (tel.)
(410) 539-1269 (fac.)
julwick@kg-law.com
jlewis@kg-law.com

Daniel O. Herrera
Nickolas Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle St.
Suite 3200
Chicago, IL 60603
Phone: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Gary M. Klinger
Gary M. Klinger